UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00409

**Decobie Dywain Durden,**
*Plaintiff,*

v.

**George Beto Unit et al.,**
*Defendants.*

## ORDER

Plaintiff Decobie Dywain Durden, a prisoner of the Texas Department of Criminal Justice, filed pro se this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to a magistrate judge, who granted plaintiff's motion to proceed in forma pauperis and ordered him to pay the initial partial filing fee required by the Prison Litigation Reform Act. Doc. 3. After plaintiff failed to do so, the magistrate judge issued a report and recommendation that the case be dismissed without prejudice for failure to comply with a court order. Doc. 7. Plaintiff objected that he paid the initial fee. Doc. 9. The magistrate judge gave plaintiff an additional 14 days to submit documentation of his attempt to pay the fee. Doc. 10. Plaintiff received that order on February 26, 2025, and he has not communicated with the court since that date. Doc. 11.

The court reviews the objected-to portions of a magistrate judge's report and recommendation de novo. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1). The magistrate judge recommended dismissal because plaintiff failed to comply with the order to pay his required initial partial filing fee. The court still has not received the initial filing fee, and plaintiff has not substantiated his assertion that he attempted to pay the fee, despite having the opportunity to do so. Therefore, having reviewed the magistrate judge's report de novo, and being satisfied that it contains no error, the court overrules plaintiff's objection and accepts the

- 1 -

report's findings and recommendation. This case is dismissed without prejudice for failure to comply with a court order. *See* Fed. R. Civ. P. 41(b). Any pending motions are denied as moot.

*So ordered by the court on July 29, 2025.*

J. CAMPBELL BARKER
United States District Judge